# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CHARLES ASHFORD,                                                                   PETITIONER
ADC # 133975,

v.                                  5:12CV00435-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                                  RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

DATED this 20th day of February, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE